# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEREMY CROSBY ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:14-1787 |
| ] | Judge Trauger |
| MIKE PARRIS, Warden ] | |
|     Respondent. ] | |

**O R D E R**

The petitioner, proceeding *pro se*, is an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee. He has filed a habeas corpus petition (Docket Entry No.1) under 28 U.S.C. § 2241, alleging that he has been denied a speedy trial for a drug related charge made against him in Wilson County in November, 2012.

Venue for a § 2241 petition is proper only in the judicial district within whose territorial jurisdiction the petitioner's custodian can be found. Rumsfeld v. Padilla, 124 S.Ct. 2711 (2004). The petitioner is confined in a penal institution in Lake County, Tennessee. The respondent, therefore, resides within the territorial jurisdiction of the Western District of Tennessee. 28 U.S.C. § 123(c)(1). As a consequence, venue for this action is not proper in this judicial district.

Accordingly, the Clerk is directed to TRANSFER this action to the United States District Court for the Western District of

Tennessee, Eastern Division at Jackson, Tennessee. 28 U.S.C. § 1406(a).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge